[No. 35331-4-I.     Division One.     July 8, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JOEL
TRISTAN DUNCAN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-1-02237-3, Carmen Otero, J., entered
October 3, 1994. *Affirmed* by unpublished per curiam
opinion.

[No. 36006-0-I.     Division One.     July 8, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. E.C.,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-8-00594-6, Michael Spearman, J., entered
January 18, 1995. *Reversed* by unpublished per curiam
opinion.

[No. 36264-0-I.     Division One.     July 8, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. SEAN
THOMAS MULHOLLAND, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 94-1-01291-1, Anita L. Farris, J.,
entered March 9, 1995. *Affirmed* by unpublished per
curiam opinion.

[No. 36276-3-I.     Division One.     July 8, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN
ROBERT MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 94-1-01492-1, Linda C. Krese, J.,
entered March 9, 1995. *Affirmed* by unpublished per
curiam opinion.